**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-34094 |
| | § | |
| ORIGINAL DKC ENTERPRISES, LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Randy W. Williams, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20,170.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,508.52 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,577.74 | | |

3)    Total gross receipts of $6,086.26  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,086.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $21,473.58 | $28,122.32 | $28,122.32 | $4,508.52 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,577.74 | $1,577.74 | $1,577.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $3,962.46 | $3,553.00 | $3,553.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $342,785.64 | $486,095.76 | $486,095.76 | $0.00 |
| **Total Disbursements** | $368,221.68 | $519,348.82 | $519,348.82 | $6,086.26 |

4). This case was originally filed under chapter 7 on 07/28/2014. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/07/2017          By:   /s/ Randy W. Williams
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| -Austin Travis County Integral Care, $2,228.70; Dept Veterans Affairs/Cemetery (Houston), $2,451.28; Federal Avaition Ad | 1121-000 | $1,535.31 |
| Factoring company reserve about $200.00 (Held by AmeriSource Funding, Inc.) | 1129-000 | $4,550.95 |
| **TOTAL GROSS RECEIPTS** | | $6,086.26 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al | 4110-000 | $0.00 | $1,943.93 | $1,943.93 | $311.64 |
| 2 | Ford Motor Credit Company LLC | 4110-000 | $21,473.58 | $21,488.92 | $21,488.92 | $3,445.07 |
| 6 | Texas Workforce Commission | 4110-000 | $0.00 | $4,689.47 | $4,689.47 | $751.81 |
| **TOTAL SECURED CLAIMS** | | | $21,473.58 | $28,122.32 | $28,122.32 | $4,508.52 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Randy W. Williams, Trustee | 2100-000 | NA | $1,358.63 | $1,358.63 | $1,358.63 |
| Randy W. Williams, Trustee | 2200-000 | NA | $21.85 | $21.85 | $21.85 |
| GEORGE ADAMS & COMPANY | 2300-000 | NA | $1.80 | $1.80 | $1.80 |
| International Sureties, Ltd. | 2300-000 | NA | $2.40 | $2.40 | $2.40 |
| Green Bank | 2600-000 | NA | $193.06 | $193.06 | $193.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,577.74 | $1,577.74 | $1,577.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ana Funes | 5300-000 | $1,425.60 | $1,900.00 | $1,900.00 | $0.00 |
| 4 | Internal Revenue Service | 5800-000 | $0.00 | $700.00 | $700.00 | $0.00 |
| 7 | Michelle Simpson | 5300-000 | $408.00 | $481.00 | $481.00 | $0.00 |
| 9 | Felicia M. Gillespie | 5300-000 | $472.00 | $472.00 | $472.00 | $0.00 |
| | Antonio R. Perkins | 5300-000 | $201.00 | $0.00 | $0.00 | $0.00 |
| | Crisantos Lopez | 5300-000 | $228.00 | $0.00 | $0.00 | $0.00 |
| | Michael Merritt | 5300-000 | $72.00 | $0.00 | $0.00 | $0.00 |
| | Nolan Welch, Jr. | 5300-000 | $296.00 | $0.00 | $0.00 | $0.00 |
| | Texas Workforce Commission | 5800-000 | $859.86 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$3,962.46** | **$3,553.00** | **$3,553.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | Internal Revenue Service | 7100-000 | $0.00 | $530.76 | $530.76 | $0.00 |
| 5 | Hewitt Electric Company | 7100-000 | $7,500.00 | $7,500.00 | $7,500.00 | $0.00 |
| 8 | Aldolfo L. Zambrano | 7100-000 | $0.00 | $4,785.40 | $4,785.40 | $0.00 |
| 10 | DCT, Inc. | 7100-000 | $0.00 | $230,821.80 | $230,821.80 | $0.00 |
| 11 | Conor P. Cleary | 7100-000 | $300,020.89 | $230,821.80 | $230,821.80 | $0.00 |
| 12 | R. E. Campbell Company, Ltd. | 7100-000 | $11,636.00 | $11,636.00 | $11,636.00 | $0.00 |
| | Amegy Bank | 7100-000 | $4,538.49 | $0.00 | $0.00 | $0.00 |
| | Bison Environmental | 7100-000 | $1,290.17 | $0.00 | $0.00 | $0.00 |
| | Central Management Inc. | 7100-000 | $524.61 | $0.00 | $0.00 | $0.00 |
| | Christian M. Sternat | 7100-000 | $1,335.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $772.36 | $0.00 | $0.00 | $0.00 |
| | Country Boy Lawn Service | 7100-000 | $1,521.78 | $0.00 | $0.00 | $0.00 |
| | Harris County Tax Office | 7100-000 | $1,943.93 | $0.00 | $0.00 | $0.00 |
| | Home Depot | 7100-000 | $2,488.83 | $0.00 | $0.00 | $0.00 |
| | Lone Star Linen | 7100-000 | $1,901.15 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Office Depot | 7100-000 | $539.85 | $0.00 | $0.00 | $0.00 |
| Proguard Self Storage-OST | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Randall F. Adair | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| T-Mobile | 7100-000 | $275.06 | $0.00 | $0.00 | $0.00 |
| Texas Green Thumbs Lawn and Landscaping | 7100-000 | $216.67 | $0.00 | $0.00 | $0.00 |
| The Hartford | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| The Locksmith Co. | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Time Payment Corporation | 7100-000 | $2,803.87 | $0.00 | $0.00 | $0.00 |
| Universal Landscape, Inc. | 7100-000 | $540.00 | $0.00 | $0.00 | $0.00 |
| William Scottman | 7100-000 | $836.98 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $342,785.64 | $486,095.76 | $486,095.76 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| | |
|---|---|
| **Case No.:** | 14-34094-H2-7 |
| **Case Name:** | ORIGINAL DKC ENTERPRISES, LLC |
| **For the Period Ending:** | 3/7/2017 |

| | |
|---|---|
| **Trustee Name:** | Randy W. Williams |
| **Date Filed (f) or Converted (c):** | 07/28/2014 (f) |
| **§341(a) Meeting Date:** | 09/15/2014 |
| **Claims Bar Date:** | 12/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Amegy Bank of Texas (-$2,000.00) 2 checking accounts operating and payroll | $0.00 | $0.00 | | $0.00 | FA |
| 2   -Austin Travis County Integral Care, $2,228.70; Dept Veterans Affairs/Cemetery (Houston), $2,451.28; Federal Avaition Administration (Hobby), $943.66; Federal Avation Administration (Ellington), $698.48; Federal Aviation Administration (Waco), $1,387.33; City of Missouri City, $480.00; Houston Independent School District, $2,500.00; Texas Department of Transportation, $2,000.00 | $12,689.45 | $12,689.45 | | $1,535.31 | FA |
| 3   Factoring company reserve about $200.00 (Held by AmeriSource Funding, Inc.) | $200.00 | $200.00 | | $4,550.95 | FA |
| 4   2012 Ford Transit | $17,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Encumbered by lien. | | | | | |
| 5   2 Desks, 2 Books Shelves, 2 File Cabinets, 2 Printers, 2 Computers | $375.00 | $375.00 | | $0.00 | FA |
| 6   2 Paint Sprayers | $750.00 | $750.00 | OA | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit 8

| Case No.: | 14-34094-H2-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | ORIGINAL DKC ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 07/28/2014 (f) |
| For the Period Ending: | 3/7/2017 | §341(a) Meeting Date: | 09/15/2014 |
| | | Claims Bar Date: | 12/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 Black & Decker Weed Eater, $20.00; 3 Back Pac Vacuums with Attachments, $20.00; 24ft Ladder, $45.00; 10ft Ladder, $35.00; Floor Machine, $20.00; 150 Psi Air Compressor, $35.00; Radial Saw, $75.00; Reciprocating Saw, $220.00; Nail Gun, $30.00; 20 gal Shop Vac, $20.00; 16 gal Shop Vac (Wet & Dry), $15.00; 16 gal Shop Vac, $15.00; 48 Fast Food Trays, $10.00; Burnisher, $75.00; Floor Chemicals, $50.00; Cleaning Chemicals, $30.00; Janitor Cart with Bag, $10.00; 4 Brute Barrels, $7.00; 2 8ft Ladders, $20.00; Hammer, $10.00; 10 Extension Cords, $10.00; Angle Grinder, $25.00; Rake, $10.00; Post Hole Digger, $20.00; Floor Fan, $15.00; Nail Gun, $17.00; Dry Erase Calendar, $3.00; 40 Fence Stakes, $20.00; 2 Rolls of Barrier Fence Reinforcement, $10.00; Accordian Doors, $35.00; Sledge Hammer, $10.00; Floor Guzzler, $150.00; 4 cs Multi-Fold Towels, $20.00; 25ft Water Hose, $10.00; 1 cs Large Trash Can Liners, $8.00; Rigid Shop Vac, $10.00; Heavy Duty Power Flite, $20.00; 6ft Ladder, $15.00; Back Pa | $1,545.00 | $1,545.00 | OA | $0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $33,059.45 | $15,559.45 | | $6,086.26 | $0.00 |

**Major Activities affecting case closing:**

09/01/2016    Remaining A/R deemed uncollectible.  Case to be closed.

05/16/2016    Recovery of final A/R ongoing.  Accountant to be hired.  All other matters resolved.

01/28/2015    Claims review being conducted.  A/R collection ongoing.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit 8

| Case No.: | 14-34094-H2-7 | Trustee Name: | Randy W. Williams |
| Case Name: | ORIGINAL DKC ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 07/28/2014 (f) |
| For the Period Ending: | 3/7/2017 | §341(a) Meeting Date: | 09/15/2014 |
| | | Claims Bar Date: | 12/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**   12/12/2016

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS

Page No: 1       Exhibit 9

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 14-34094-H2-7 | |
| **Case Name:** | ORIGINAL DKC ENTERPRISES, LLC | |
| **Primary Taxpayer ID #:** | **-***7655 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/28/2014 | |
| **For Period Ending:** | 3/7/2017 | |

| | |
|---|---|
| **Trustee Name:** | Randy W. Williams |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/05/2014 | (2) | Austin Travis County Integral Care | Payment on Accounts Receivable | 1121-000 | $211.75 | | $211.75 |
| 09/05/2014 | (2) | Fort Bend County | Payment on Accounts Receivable | 1121-000 | $625.08 | | $836.83 |
| 09/05/2014 | (2) | FAA TREASURY | Payment on Accounts Receivable | 1121-000 | $698.48 | | $1,535.31 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.98 | $1,533.33 |
| 10/17/2014 | 3001 | GEORGE ADAMS & COMPANY | Bond Payment | 2300-000 | | $1.80 | $1,531.53 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.63 | $1,528.90 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.22 | $1,526.68 |
| 12/15/2014 | (3) | ameriSource | Turnover of funds held in factoring account | 1129-000 | $4,550.95 | | $6,077.63 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.25 | $6,071.38 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.11 | $6,061.27 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.83 | $6,052.44 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.45 | $6,042.99 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.43 | $6,033.56 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.73 | $6,023.83 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.40 | $6,014.43 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.33 | $6,004.10 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.06 | $5,995.04 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.36 | $5,985.68 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.97 | $5,975.71 |
| 11/18/2015 | 3002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $2.40 | $5,973.31 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.02 | $5,964.29 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.62 | $5,954.67 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.60 | $5,945.07 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.97 | $5,936.10 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.57 | $5,926.53 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.56 | $5,916.97 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.24 | $5,907.73 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.22 | $5,898.51 |
| | | | **SUBTOTALS** | | $6,086.26 | $187.75 | |

FORM 2                                                                          Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 14-34094-H2-7 |
| Case Name: | ORIGINAL DKC ENTERPRISES, LLC |
| Primary Taxpayer ID #: | **-***7655 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/28/2014 |
| For Period Ending: | 3/7/2017 |

| | |
|---|---|
| Trustee Name: | Randy W. Williams |
| Bank Name: | Green Bank |
| Checking Acct #: | ******9401 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.51 | $5,889.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.50 | $5,879.50 |
| 09/01/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($9.50) | $5,889.00 |
| 12/06/2016 | 3003 | Randy W. Williams | Trustee Compensation | 2100-000 | | $1,358.63 | $4,530.37 |
| 12/06/2016 | 3004 | Randy W. Williams | Trustee Expenses | 2200-000 | | $21.85 | $4,508.52 |
| 12/06/2016 | 3005 | Harris County et al | Final Distribution; Claim #: 1; | 4110-000 | | $311.64 | $4,196.88 |
| 12/06/2016 | 3006 | Ford Motor Credit Company LLC | Final Distribution; Claim #: 2; | 4110-000 | | $3,445.07 | $751.81 |
| 12/06/2016 | 3007 | Texas Workforce Commission | Final Distribution; Claim #: 6; | 4110-000 | | $751.81 | $0.00 |
| 03/02/2017 | 3003 | STOP PAYMENT: Randy W. Williams | Trustee Compensation | 2100-004 | | ($1,358.63) | $1,358.63 |
| 03/02/2017 | 3004 | STOP PAYMENT: Randy W. Williams | Trustee Expenses | 2200-004 | | ($21.85) | $1,380.48 |
| 03/02/2017 | 3008 | Randy W. Williams | Trustee Compensation | 2100-000 | | $1,358.63 | $21.85 |
| 03/02/2017 | 3009 | Randy W. Williams | Trustee Expenses | 2200-000 | | $21.85 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| TOTALS: | $6,086.26 | $6,086.26 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $6,086.26 | $6,086.26 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $6,086.26 | $6,086.26 | |

**For the period of 7/28/2014 to 3/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,086.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,086.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,086.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,086.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/18/2014 to 3/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,086.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,086.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,086.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,086.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3        Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-34094-H2-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | ORIGINAL DKC ENTERPRISES, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7655 | | Checking Acct #: | ******9401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/28/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,086.26 | $6,086.26 | $0.00 |

**For the period of 7/28/2014 to 3/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,086.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,086.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,086.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,086.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/28/2014 to 3/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,086.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,086.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,086.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,086.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS